FOU HINH SAEPHANH, Petitioner—
Appellant,

v.

**Robert MOORE, Superintendent of MCC; et al., Respondents—Appellees.**

No. 02–35785.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2004.*

Decided July 19, 2004.

Fou Hinh Saephanh, Monroe, WA, pro se.

Before: HAWKINS, THOMAS, and BYBEE, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM \*\*

Washington state prisoner Fou Hinh Saephanh appeals pro se the district court's judgment dismissing his 28 U.S.C. § 2241 petition. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Appellant's contentions regarding his temporary transfer out of state to a private correctional facility are foreclosed by *White v. Lambert,* 370 F.3d 1002 (9th Cir. 2004).

**AFFIRMED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

